# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132179

FARMERS INSURANCE EXCHANGE,
      Plaintiff-Appellee,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.

SC: 132179
COA: 259763
Tuscola CC: 03-021922-CK

_____

## AMENDMENT TO ORDER

On order of the Court, the order of January 19, 2007 is amended to correct a clerical error in the citation to the statute in the first paragraph thereof. The citation is corrected to read as follows: "MCL 500.3114(5)(a)."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2007

Clerk